**Order entered September 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00946-CV
No. 05-18-00947-CV
No. 05-18-00948-CV

**IN RE ANDREW PETE, Relator**

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-33559-V, F12-33560-V, and F12-33561-V**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ ADA BROWN
   JUSTICE